IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                          Criminal Action No.
                                                            24-00218-01,03-CR-W-DGK
GEORGE H. EATON, III,
SHANE PRATT

        Defendants.

---

# MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Count One   Conspiracy to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

                                  Count Two   Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8) [Eaton only]

**TRIAL COUNSEL**:
    Government: Joseph M. Marquez and anticipated co-counsel
        DEA Agent: Jacob Woodley
    Defendant Eaton:   John Justin Johnston and potentially Jon Bailey
    Defendant Pratt:    Tyler James Jansen and potentially David Kelly

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:
    Defendant Eaton: None anticipated, but possible motions in limine
    Defendant Pratt: None anticipated, but possible motions in limine

**TRIAL WITNESSES**:
    Government:   5-7 with stipulations; 8-10 without stipulations.

    Defendant Eaton:   up to 3 additional witnesses including Defendant who may testify
    Defendant Pratt:   up to 2 additional witnesses including Defendant who may testify

**TRIAL EXHIBITS**:
    Government:   20 exhibits
    Defendant Eaton: 10 exhibits
    Defendant Pratt: 10 exhibits

**DEFENSES**:
    Defendant Eaton:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

    Defendant Pratt:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    Defendant Eaton: A motion to continue will be filed and likely a plea will be worked out.
    Defendant Pratt: A motion to continue will be filed and likely a plea will be worked out.

**TRIAL TIME: 4 days**
    Government's case including jury selection: 2 days
    Defendant Eaton's case: 1 day
    Defendant Pratt's case: 1 day

**STIPULATIONS**:
    Defendant Eaton, to be determined:
    (   )    not likely
    (   )    not appropriate
    (   )    likely as to:
        (   )    chain of custody
        (   )    chemist's reports
        ( x )    prior felony conviction
        ( x )    interstate nexus of firearm
        (   )    other: _____
    Defendant Pratt:
    (   )    not likely
    (   )    not appropriate
    (   )    likely as to:
        (   )    chain of custody
        (   )    chemist's reports
        (   )    prior felony conviction
        (   )    interstate nexus of firearm
        ( X )    other: None discussed but open to any.

**UNUSUAL QUESTIONS OF LAW**:

**None from Government**

**None from Defendants**

**FILING DEADLINES:**

**Witness and Exhibit Lists**: November 17, 2025
Government: November 17, 2025
Defense: November 17, 2025
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: November 17, 2025
**Jury instructions must comply with Local Rule 51.1**
**Motions in Limine**: November 17, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing 12/1/2025
**Please note**: Government conflict with the first week of the December 1, 2025, trial docket, as counsel will be in trial before Judge Ketchmark in *United States v. Chi*, case number 22-00261.

**OTHER**:
( )   A _____-speaking interpreter is required.
( )   Other assistive devices: _____

**IT IS SO ORDERED.**

                                                                  */s/ Jill A. Morris*
                                                                  JILL A. MORRIS
                                                                  United States Magistrate Judge